■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CHESTNUT, Appellant. [36 NYS3d 396]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Kron, J.), imposed March 10, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Worrell*, 138 AD3d 1154, 1155 [2016]; *People v Medina*, 138 AD3d 1148 [2016]), and thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Dickerson, Hinds-Radix and Maltese, JJ., concur.